06-22876.or1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 06-22876-CIV-COOKE/BROWN

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC. and STEVEN BROTHER, on their
own behalf and on behalf of all other individuals
similarly situated,

    Plaintiffs,

vs.

CHECKERS DRIVE-IN RESTAURANTS, INC.
d/b/a CHECKERS RESTAURANTS,

    Defendant.
_____/

## ORDER RE: MEDIATION

**This matter** is before this Court *sua sponte*. On August 15, 2007, a hearing was held. The parties consented on the record to this Court handling the remainder of this case in dispositive fashion pursuant to 28 U.S.C. §636(c). Also at that hearing the subject of mediation was discussed and the Court allowed the parties to postpone the mediation.

The issue of allowing the parties to proceed without the plaintiff (Brother) being present was also discussed. The parties were advised that the Court would consult with the mediator on this issue, which the Court has done.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The request to proceed to mediation without plaintiff present is **GRANTED** in part.

2. Plaintiff will not have to be present but must be available by telephone.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of August, 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record